**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
MARIE A. MCCRARY (State Bar No. 262670)
KRISTEN SIMPLICIO (State Bar No. 263291)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

**TYCKO & ZAVAREEI LLP**
HASSAN ZAVAREEI
ANDREW JONATHAN SILVER
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 417-3658

**SPANGENBERG SHIBLEY & LIBER LLP**
STUART E. SCOTT
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| JENNIFER DAVIDSON, individually, and on behalf of herself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, ET AL.,<br><br>Defendants. | Case No. 14-cv-01783-PJH<br><br>**NOTICE AND STIPULATION REGARDING DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs (Jennifer Davidson and Jeff Jonah), Plaintiffs-in-Intervention (Angela Lewis, Edward Colatorti, Amber Walsh, and RiSha Mattingly), and Defendants (Kimberly-Clark Corporation, Kimberly-Clark Worldwide, Inc. and Kimberly-Clark Global Sales LLC), by and through their respective counsel, hereby stipulate and agree to

the voluntarily dismissal of this matter with prejudice.  All parties further agree that no costs shall be awarded by this Court.

Dated:       March 12, 2019                    GUTRIDE SAFIER LLP


                                                By: /s/ Kristen G. Simplicio
                                                       Kristen G. Simplicio

                                                Attorneys for Plaintiffs


DATED:  March 12, 2019                          SIDLEY AUSTIN LLP


                                                By:/s/ Amy Lally
                                                     Amy Lally
                                                Attorneys for Defendants


## ATTESTATION OF COMPLIANCE

I, Kristen Simplicio, am the ECF user whose ID and password are being used to file this document.  In compliance with section X(B) of General Order 45, I hereby attest that Amy Lally concurred in this filing.

                                                        */s/ Kristen Simplicio*